IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBYNE ALEXANDER, an individual<br><br>Plaintiff,<br><br>v.<br><br>TRUEACCORD CORP. a Delaware Corporation; ONE TRUE HOLDING COMPANY, a Delaware Corporation; and ACCEPTANCE RENTALS, INC., a Georgia Corporation<br><br>Defendants.<br>_____ | **Case No. 1:18-cv-01329-LMM-JCF** |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TRUEACCORD CORP. AND ONE TRUE HOLDING COMPANY TO RESPOND TO COMPLAINT FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT AND GEORGIA'S FAIR BUSINESS PRACTICES ACT**

Plaintiff Robyne Alexander and Defendants TrueAccord Corp. and One True Holding Company respectfully request that the Court extend the time in which Defendants TrueAccord Corp. and One True Holding Company may file an Answer or otherwise respond to the Complaint. The Parties have been attempting to settle the case and request the additional time to further discuss settlement of the case. Defendant TrueAccord Corp.'s Answer is currently due on April 24, 2018 and Defendant One True Holding Company's Answer is currently due on April 25, 2018. Plaintiff Robyne Alexander and Defendants TrueAccord Corp. and One True Holding Company have agreed to an extension of time in which Defendants TrueAccord Corp. and One True Holding Company may file an Answer or otherwise respond to the Complaint, up to and including, May 24, 2018.

No defense or objection is waived by Defendants TrueAccord Corp. and One True Holding Company and all of Defendants TrueAccord Corp. and One True Holding Company's rights are reserved. The Parties consent that their agreement shall have no effect on, and will not waive any arguments to be made in Defendants TrueAccord Corp. and One True Holding Company's Answer or any other pleading responsive to the Complaint.

A proposed Order extending the time in which Defendants TrueAccord Corp. and One True Holding Company may file an Answer or otherwise plead is attached hereto as Exhibit 1.

Consented to and submitted this 24th day of April, 2018.

| | |
|---|---|
| /s/ John William Nelson | /s/BRADLEY M. ELBEIN |
| John William Nelson | Bradley M. Elbein |
| Georgia Bar No. 920108 | Georgia Bar No. 242830 |
| The Nelson Law Chambers LLC | Barron & Newburger, PC |
| 2180 Satellite Blvd., Suite 400 | 1100 Peachtree St. NE, Suite 950 |
| Duluth, GA  30097 | Atlanta, GA 30309 |
| Telephone:  404.348.4462 | Telephone:  404-870-8077 |
| Facsimile:  404.549.6765 | Facsimile: 303-484-2277 |
| | belbein@bn-lawyers.com |
| Attorney for Plaintiff | Attorneys for Defendants TrueAccord Corp. and One True Holding Company |

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

This 24th day of April, 2018.

        /s/BRADLEY M. ELBEIN
        Bradley M. Elbein

        Attorneys for Defendants TrueAccord Corp.
        and One True Holding Company

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by causing a copy of the same to be electronically filed with the Clerk of Court using the CM/ECF system on this 24th day of April, 2018.

> John William Nelson
> 2180 Satellite Blvd., Suite 400
> Duluth, Georgia  30097
>
> /s/BRADLEY M. ELBEIN
> Bradley M. Elbein
>
> Attorneys for Defendants TrueAccord Corp.
>      and One True Holding Company